1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5
6 Attorneys for Mr. Pena-Gomez
7
8                     UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2442 |
| --- | --- | --- |
12 | Plaintiff, | ) | |
13 | v. | ) | **NOTICE OF APPEARANCE** |
14 | **JAVIER PENA-GOMEZ,** | ) | |
15 | Defendant. | ) | |

16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                       Respectfully submitted,
21 Dated: August 12, 2008            *s/ James M. Chavez*
                                        Federal Defenders of San Diego, Inc.
22                                         *james_chavez@fd.org*
23
24
25
26
27
28

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org

6  Attorneys for Mr. Pena-Gomez

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2442 |
   |                            | ) |                    |
12 |         Plaintiff,         | ) |                    |
   |                            | ) |                    |
13 | v.                         | ) | **PROOF OF SERVICE** |
   |                            | ) |                    |
14 | **JAVIER PENA-GOMEZ**,     | ) |                    |
   |                            | ) |                    |
15 |         Defendant.         | ) |                    |
   |                            | ) |                    |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   ASSISTANT UNITED STATES ATTORNEY
   Efile.dkt.gc1@usdoj.gov

   Dated: August 12, 2008                  s/ *James M. Chavez*
                                           JAMES M. CHAVEZ
                                           Federal Defenders of San Diego, Inc.,
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: james_chavez@fd.org